CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

Chantal R. Jenkins
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
Email: chantal.jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN ZANAZANIAN, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:20-cv-01720-DJA <br><br> **MOTION FOR EXTENSION OF TIME (DEFENDANT'S FIRST REQUEST FOR A MOTION TO EXTEND HIS RESPONSE TO PLAINTIFF'S BRIEF)** |

Defendant, Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand by twenty one days from May 24, 2021 to June 14, 2021. This is Defendant's first request for a motion to extend his response to Plaintiff's brief and third request for a motion to extend in this case. Defendant's counsel has six briefs due in other social security cases within the next few weeks and will be out on leave from May 18-25, 2021.

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Counsel for Defendant contacted Plaintiff's counsel via email on May 14, 2021 and Plaintiff does not object to Defendant's request.

Respectfully submitted this 14th day of May 2021.

                                        CHRISTOPHER CHIOU
                                        Acting United States Attorney

                                        */s/ Chantal R. Jenkins*
                                        CHANTAL R. JENKINS
                                        Special Assistant United States Attorney

                                        IT IS SO ORDERED:

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: May 17, 2021

# CERTIFICATE OF SERVICE

I, Chantal R. Jenkins, certify that the following individual was served with a copy of the MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

**CM/ECF:**

Gerald Morris Welt
Gerald M. Welt, Chtd.
411 E. Bonneville Ave., #505
Las Vegas, NV 89101
702-382-2030
Fax: 702-684-5157
Email: gmwesq@weltlaw.com

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd.
Suite 420
Long Beach, CA 90802
(562) 437-7006
Fax: (562) 432-2935
Email: marc.kalagian@rksslaw.com

Dated this 14th day of May 2021.

        */s/ Chantal R. Jenkins*
        CHANTAL R. JENKINS
        Special Assistant United States Attorney